UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STACEY J. SEXTON**, | Civil Case No. 3:13-CV-02293-KI |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | |
| Defendant. | |

    Merrill Schneider
    Schneider Kerr & Gibney Law Offices
    PO Box 14490
    Portland, OR 97293

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
United States Attorneys Office
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902

Jeffrey E. Staples
Office of General Counsel
Social Security Administration
701 5th Avenue, Suite 2900
Seattle, WA 98104

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The Commissioner's Motion to Dismiss [13] is granted. This action is dismissed with prejudice.

    Dated this     14th     day of August, 2014.

                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge